# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2011

141708 & (164)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 141708
                                   COA: 247391
                                   Jackson CC: 02-002915-FC

KATHERINE SUE DENDEL a/k/a
KATHERINE SUE BURLEY,
      Defendant-Appellant.

_____/

      The motion to expedite the application is GRANTED. By order of February 4, 2011, the application for leave to appeal the August 24, 2010 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Bryant*, 483 Mich 132 (2009), cert gtd ___ US ___; 130 S Ct 1685; 176 L Ed 2d 179 (2010). On order of the Court, the case having been decided on April 18, 2011, *Michigan v Bryant*, ___ US ___; 131 S Ct 1143; 179 L Ed 2d 93 (2011), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      MARILYN KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2011

Clerk

p0914